IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL A. SCHOLES,

    Plaintiff,

vs.

ROD HIGMAN, as an individual;
ROBIN DEZEMBER, as an individual;
KEN CLARK, as an individual;
PERLITA McGUINESS, as an individual;
et al.,

    Defendants.

No. CIV S-08-0640 FCD GGH PS

ORDER

/

On April 23, 2008, this court granted plaintiff's application to proceed in forma pauperis and directed plaintiff to provide the U.S. Marshal, within 15 days, all information needed to effect service of process. Although the requisite documents were sent to plaintiff for his completion, he has not provided the U.S. Marshal with the necessary information. Moreover, on May 20, 2008, plaintiff filed a First Amended Complaint that is identical in all respects to the initial complaint with the exception of increasing the amount of compensatory damages from $72,000 to $75,000.

Federal Rule of Civil Procedure 15(a)(1)(A) permits a plaintiff to amend his complaint "once as a matter of course before being served with a responsive pleading."

1

1  Accordingly, plaintiff's Amended Complaint will be accepted.  However, plaintiff is hereby
2  informed that he need not further amend his complaint as a means of stating the current amount
3  of his lost wages.  Rather, should this case proceed to trial, the proper amount of compensatory
4  damages will be decided at that time, with due recognition to the passage of time.  Therefore,
5  future requests to amend the complaint solely to modify the amount plaintiff seeks in
6  compensatory damages will not be granted.

7        Accordingly, the Clerk of Court shall serve plaintiff with a file endorsed copy of
8  his amended complaint.  Plaintiff is granted a period of 10 days from the date this order is filed to
9  supply all information needed by the Marshal to effect service of process, specifically:

10        a. One completed summons;
11        b. One completed USM-285 form for each defendant;
12        c. A copy of the file-endorsed amended complaint for each defendant,
13        with an extra copy for the U.S. Marshal; and
14        d. A copy of this court's status order for each defendant.

15        In the event the U.S. Marshal is unable, for any reason whatsoever, to effectuate
16  service on any defendant within 90 days from the date of this order, the Marshal is directed to
17  report that fact, and the reasons for it, to the undersigned.

18        The Clerk of the Court is directed to serve a copy of this order on the U.S.
19  Marshal, 501 "I" Street, Sacramento, California, 95814, Tel. No. (916) 930-2030.

20        SO ORDERED.

21  DATED: 06/30/08

/s/ Gregory G. Hollows

22                                  _____
23                                  GREGORY G. HOLLOWS
                                U. S. MAGISTRATE JUDGE

24  GGH5:Scholes0640.ancmpt.srv

25

26