IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL A. SCHOLES,

    Plaintiff,	No. CIV S-08-0640 FCD GGH PS

    vs.

ROD HIGMAN, as an individual;
ROBIN DEZEMBER, as an individual;	ORDER
KEN CLARK, as an individual;
PERLITA McGUINESS, as an individual;
et al.,

    Defendants.
_____/

    Plaintiff seeks an extension of time within which to obtain from the Clerk of Court a summons for his amended complaint, and within which to supply to the U.S. Marshal the requisite information to effect service of process of plaintiff's amended complaint upon defendants.

    Good cause appearing, IT IS HEREBY ORDERED that (1) the Clerk of Court shall issue, and serve upon plaintiff, a summons for his amended complaint; and (2) plaintiff shall, within twenty days of the filing date of this order, provide all pertinent information to the U.S. Marshal, as previously set forth in this court's order filed June 30, 2008; and (3) the Clerk of the Court is directed to serve a copy of this order on the U.S. Marshal, 501 "I" Street,

1   Sacramento, California, 95814, Tel. No. (916) 930-2030.

2         SO ORDERED.

3   DATED: 07/16/08

                                                /s/ Gregory G. Hollows

                                                _____
                                                GREGORY G. HOLLOWS
                                                U. S. MAGISTRATE JUDGE

6   GGH5:Scholes0640.eot