IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL A. SCHOLES,

    Plaintiff,                                 No. CIV S-08-0640 FCD GGH PS

    vs.

ROD HIGMAN, as an individual;
ROBIN DEZEMBER, as an individual;        ORDER
KEN CLARK, as an individual;
PERLITA McGUINESS, as an individual;
et al.,

    Defendants.

_____ /

         Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. In his amended complaint, plaintiff alleges violations of his civil rights by defendants. The alleged violations took place at Corcoran State Prison in Kings County, which is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 3-120(d).

         Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court. In light of the transfer, defendants' motion to dismiss, filed September 24, 2008, and set

1

for hearing on October 30, 2008, will be vacated.

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno;

2. The hearing currently set for October 30, 2008, is vacated, as is also the motion (docket #16); and

3. All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED: 10/02/08                           /s/ Gregory G. Hollows
                                          _____
                                          UNITED STATES MAGISTRATE JUDGE

GGH:076/scholes0640.22.

2