# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. SCHOLES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROD HIGMAN, et al.,<br><br>　　　　Defendants.<br>_____/ | CASE NO. 1:08-cv-01489 DLB PC<br><br>ORDER<br><br>(Doc. 19) |

　　　　Plaintiff Michael Scholes is proceeding pro se in this civil rights action filed March 21, 2008. This action was transferred from the Eastern District of California - Sacramento on October 2, 2008. (Doc. 17).

　　　　Pending before the Court is defendants' motion to dismiss, filed October 9, 2008. The Court does not find that oral argument is necessary and so this matter shall be submitted on the record and briefs, without oral argument. Local Rule 78-230(h).

　　　　The motion hearing set for November 21, 2008 at 9:00 a.m. before the undersigned is HEREBY VACATED.

　　　　IT IS SO ORDERED.

　　Dated: **November 12, 2008**　　　　　　　**/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1